Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46688.**—Protest 71627–K of Wm. T. Jones & Co. (Philadelphia).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protest was sustained to that extent.

**No. 46689.**—Protests 974392–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46690.**—Protests 974724–G, etc., of C. S. Emery & Co. (St. Albans).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46691.**—Protests 980103–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46692.**—Protests 984810–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by WALKER, J.  It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C.D. 391).  In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46693.**—Protests 986017–G, etc., of Wm. J. Jones & Co. (Philadelphia).

Opinion by WALKER, J.  It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).  In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46694.**—Protests 990438–G, etc., of Seaboard Lumber Sales Co., Ltd., et al. (Providence).

Opinion by WALKER, J.  It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).  In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were sustained to that extent.

**No. 46695.**—Protests 993588–G, etc., of Seaboard Lumber Sales Co., Ltd. (Boston).

Opinion by WALKER, J.  It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).  In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported.  The protests were sustained to that extent.

**No. 46696.**—Protest 2267–K of Wm. J. Jones & Co. (Philadelphia).

Opinion by WALKER, J.  It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).  In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported.  The protest was sustained to that extent.

BEFORE THE SECOND DIVISION, DECEMBER 17, 1941

**No. 46697.**—Protest 8123–K/88787 of Sears, Roebuck & Co. (Chicago).